MARIE BOYNE, Respondent, *v.* CITY OF BUFFALO, Appellant.

(Argued December 11, 1935; decided January 8, 1936.)

*Gregory U. Harmon, Corporation Counsel* (*Bart J. Shanahan* of counsel) for appellant.

*Willard M. Pottle* and *Philip J. O'Shea* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on the ground that no negligence on the part of the defendant has been proved. (See *Hamilton* v. *City of Buffalo*, 173 N. Y. 72; *Beltz* v. *City of Yonkers*, 148 N. Y. 67.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.